IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                     **PLAINTIFF**

v.                     No. 4:19-cr-688-DPM-3

**DELOIS BRYANT**                                **DEFENDANT**

**PRELIMINARY ORDER OF FORFEITURE**

**1.** On 6 July 2022, Bryant pleaded guilty to conspiracy to commit mail fraud and defraud the Internal Revenue Service.  As a result of her guilty plea, Bryant shall forfeit to the United States a personal money judgment in the amount of $2,176,000.00 under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  The United States has established that this amount represents the proceeds Bryant received from her participation in the conspiracy.  She shall also forfeit a 2016 Mercedes G550, VIN WDCYC3KFXGX258311.  Proceeds from the sale of the car will go to pay storage costs, with the net proceeds being used to pay down the money judgment.

**2.** The United States Attorney General (or a designee) is authorized to conduct any discovery proper in identifying, locating, or disposing of this money judgment, in accordance with FED. R. CRIM. P. 32.2(b)(3).

**3.** No ancillary proceeding is required because this forfeiture consists only of a money judgment.  FED. R. CRIM. P. 32.2(c)(1).

**4.** Because Bryant consented to forfeiture as part of her guilty plea, this Order is final and shall be made part of the sentence and included in the judgment. FED. R. CRIM. P. 32.2(b)(4)(A)–(B).

**5.** The Court retains jurisdiction to enforce this Order and to amend it as necessary. FED. R. CRIM. P. 32.2(e).

So Ordered.

*/s/ Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2022