# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.            No. 4:19-cr-688-DPM-3

**DELOIS BRYANT**            **DEFENDANT**

## ORDER

On 6 July 2022, this Court entered a Preliminary Order of Forfeiture ordering Delois Bryant to forfeit her interest in a 2016 Mercedes G550, VIN WDCYC3KFXGX258311. *Doc. 229.* No third party has filed a timely claim to the property. The Preliminary Order has therefore ripened into a Final Order of Forfeiture as to all persons. The government's motion, *Doc. 277*, is granted. The Court confirms the United States' sole and clear title to the Mercedes and authorizes the United States Marshal (or his designee) to dispose of the property according to law. The amount of the money judgment against Delois Bryant, *Doc. 229*, will be reduced by the net proceeds from the sale of the vehicle. The money judgment will remain in effect until paid in full.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2022